# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Gerald Bullocks,

      Plaintiff,

          v.                            Case No.   1:17cv440

C/O Keating, *et al.*,                     Judge Michael R. Barrett

      Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on November 6, 2018 (Doc. 41).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 41) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 41) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, Plaintiff's Motion for Leave to File an Amended Complaint (Doc. 19) and Defendants' Motion for Summary Judgment (Doc. 30) are **GRANTED** and Defendant Fri (a/k/a "Freye") is dismissed including Plaintiff's "failure to protect" claim. Lastly, Plaintiff's Motion for Summary Judgment and Amendment (Docs. 20, 23) are **DENIED.** This matter is closed.

**IT IS SO ORDERED.**

                                 *s/Michael R. Barrett*
                                Michael R. Barrett, Judge
                                United States District Court